STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

James L. Carroll
Attorney at Law
P. O. Box 1619
Columbia LA 71418


**REHEARING ACTION: December 26, 2007**


**Docket Number: 07   00573-CA**

**HENRY LORELL GRAHAM
VERSUS
AMBERG TRUCKING, INC.**

**Appealed from Grant Parish Case No. 17,330**


**BEFORE JUDGES:**

     **Hon. Marc T. Amy
Hon. Michael G. Sullivan
Hon. James T. Genovese**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Henry Lorell Graham** has this day been

     **DENIED.**


cc: Ronald J. Fiorenza, Counsel for the Appellant